■ In the Matter of MICHAEL FREYBERG, an Attorney.—Respondent reinstated as an attorney and counselor at law in the State of New York. Concur—Stevens, P. J., Capozzoli, Lane, Nunez and Markewich, JJ.

■ In the Matter of RICHARD KILCULLEN, an Attorney.—Motion for reargument or for leave to appeal to the Court of Appeals denied in all respects with $20 costs. Concur—Stevens, P. J., Birns, Capozzoli, Lane and Nunez, JJ.

■ In the Matter of ROBERT S. BUTTLES, an Attorney.—Motion granted only insofar as to reinstate respondent as an attorney and counselor at law in the State of New York, effective June 20, 1977. Concur—Kupferman, J. P., Murphy, Capozzoli, Lane and Nunez, JJ.